WILLIAM SIEWERT, Respondent, *v.* DEDERICK HAMEL AND OTHERS, Appellants.

Judgment affirmed.

Opinion by Davis, P. J.; Brady, J., dissenting.

---

IN THE MATTER OF GEORGE L. GANTZ, TO VACATE AN ASSESSMENT, &c.

Order affirmed.

Opinion by Brady, J.

---

MEYER THALMESSINGER, Appellant, *v.* THE BREWERS' & GROCERS' BANK, Respondent.

Order affirmed, with $10 costs, and disbursements.

Opinion by Brady, J.

---

CHARLES A. PUTNAM, Respondent, *v.* CHARLES K. PEABODY, Appellant.

Judgment affirmed, with costs.

Opinion by Brady, J.

---

LOEB *v.* WILLIS.

VAN WAGENEN *v.* CLARK.

Motions for re-arguments denied, with $10 costs.

---

IN THE MATTER OF BANNISTER.

Motion denied, without costs.

---

UNION DIME SAVINGS BANK *v.* KOCH AND OTHERS.

Motion denied.

Opinion PER CURIAM.

---

HOARE *v.* MILLER.

Order dismissing appeal vacated and set aside; the costs awarded on the dismissal of the appeal to abide the event; and the time within which the appellant should furnish the printed papers extended until the third Monday of January next, without costs of this motion to either party.